UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**STEVEN CAMPBELL**                                             **CIVIL ACTION**

**versus**                                                              **NO. 15-384**

**ROBERT TANNER, WARDEN**                              **SECTION: "E" (3)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by **Steven Campbell** is **DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**.

New Orleans, Louisiana, this 5th day of July, 2016.

_____
**UNITED STATES DISTRICT JUDGE**